THE STATE EX REL. WILLIAMS, APPELLEE AND CROSS-APPELLANT, *v.* INDUSTRIAL COMMISSION OF OHIO, APPELLANT AND CROSS-APPELLEE; BUCKEYE STEEL CASTINGS COMPANY, CROSS-APPELLEE.

[Cite as *State ex rel. Williams v. Indus. Comm.* (2000), 87 Ohio St.3d 453.]

(No. 99–907—Submitted November 16, 1999—Decided January 12, 2000.)

*Stewart Jaffy & Associates Co., L.P.A., Stewart R. Jaffy* and *Marc J. Jaffy;* and *Jacob E. Pruitt,* for appellee and cross-appellant.

*Betty D. Montgomery,* Attorney General, and *Julie M. Lynch,* Assistant Attorney General, for appellant and cross-appellee.

*Vorys, Sater, Seymour & Pease, L.L.P., J. Scott Jamieson* and *Theodore P. Mattis,* for cross-appellee Buckeye Steel Castings Co.

The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, COOK and LUNDBERG STRATTON, JJ., concur.

PFEIFER, J., dissents and would reverse the judgment of the court of appeals.